IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN RICHARD CARRITHERS, <br> AIS # 256015, <br>     Plaintiff, <br> v. <br> KIM TOBIAS THOMAS, *et al.*, <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> )   CASE NO. 2:11-CV-549-WKW <br> )                [WO] <br> ) <br> ) <br> ) |

## **ORDER**

On March 5, 2015, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 38.) Upon an independent review of the file in this case, it is ORDERED that:

(1) The Recommendation is ADOPTED;

(2) Defendants' motion for summary judgment (Doc. # 26) is GRANTED; and

(3) This case is DISMISSED with prejudice.

An appropriate final judgment will be entered separately.

DONE this 4th day of March, 2015.

                                                /s/ W. Keith Watkins
                                  CHIEF UNITED STATES DISTRICT JUDGE